# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAVONTE HILL, | Case No.: 2:22-cv-01890-APG-BNW |
| Appellant | **Order Striking Minute Order** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Appellee | |

I ORDER that the minute order (ECF No. 3) setting a briefing schedule is VACATED because the parties have filed their briefs and no reply is permitted under Local Rule of Criminal Practice 12-3.

DATED this 9th day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE